# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3053

_____

Scherry Riggins,                              *
                                              *
                Appellant,                    *
                                              *    Appeal from the United States
         v.                                   *    District Court for the Eastern
                                              *    District of Arkansas.
                                              *
Pulaski Bank and Trust Company,               *    [UNPUBLISHED]
                                              *
                Appellee.                     *

_____

Submitted: January 12, 2007
Filed: January 26, 2007

_____

Before LOKEN, Chief Judge, BYE and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Scherry Riggins appeals the district court's[1] adverse grant of summary judgment in her employment discrimination and retaliation suit against her former employer, Pulaski Bank and Trust Company. Having carefully reviewed the record, see Kincaid v. City of Omaha, 378 F.3d 799, 803-04 (8th Cir. 2004) (de novo standard of review), we agree with the district court that Riggins failed to establish that Pulaski Bank's proffered legitimate, nondiscriminatory reasons for her termination were

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

pretextual.  <u>See</u> <u>Gilooly v. Mo. Dep't of Health & Senior Servs.</u>, 421 F.3d 734, 739 (8th Cir. 2005) (burden-shifting analysis).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____